IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-47-F
No. 5:18-CV-271-F

| | |
|---|---|
| DANNY WELLS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **REASSIGNMENT ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable Terrence W. Boyle, United States District Judge, for all further proceedings. Senior United States District Judge James C. Fox is no longer assigned to the case. **All future documents shall reflect the revised case numbers of 5:15-CR-47-BO and 5:18-CV-271-BO.**

SO ORDERED. This the 12th day of June, 2018.

Peter A. Moore, Jr.
Clerk of Court