UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:15-CR- 47-BO
Civil No. 5:18-CV- 271- BO

DANNY WELLS,                              )
                                         )
                    Petitioner,          )
                                         )
        v.                               )          ORDER
                                         )
UNITED STATES OF AMERICA,                 )
                                         )
                    Respondent.          )


Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned

§ 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this

order.

SO ORDERED. This _____ day of June, 2018.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE